**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>$121,100.00 in US Currency,<br><br>Defendant. | No. CV-25-00361-PHX-JJT<br><br>**ORDER** |

At issue is the Motion for Default Judgment of Forfeiture (Doc. 25) filed by Plaintiff United States. For the reasons set forth in the Motion, and pursuant to Federal Rule of Civil Procedure 55(b) and *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), the Court will enter default judgment in favor of the United States and declare that any party interested in the property identified as $121,100.00 in United States Currency, including Mr. Ameen Abdul who filed a claim but later withdrew his claim (Docs. 18, 21–22), and failed to timely file an Answer to the Complaint pursuant to Federal Rules of Civil Procedure, Supplemental Rule G(5)(b)—has forfeited any interest to the United States.

**IT IS ORDERED** granting the Motion for Default Judgment of Forfeiture (Doc. 25).

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter Judgment in favor of the United States and against Defendant $121,100.00 in United States Currency, declaring that the interest of any party in the Defendant property described as $121,100.00 in United States Currency, is forfeited to the United States of America.

**IT IS FURTHER ORDERED** directing the Clerk of Court to close this case.

Dated this 18th day of June, 2026.

_____
Honorable John J. Tuchi
United States District Judge